1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated, )<br>13 )<br>14 Plaintiff, )<br>15 v. )<br>16 BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, )<br>17 KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY )<br>18 YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & )<br>19 SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND )<br>20 THINKEQUITY PARTNERS LLC )<br>21 Defendants. ) | Case No. 3:07-CV-05101-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING** |

22

23

24

25

26

27

28

| | |
|---|---|
| 1   DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-CV-05168-MMC |
| 2 | |
| 3            Plaintiff, | |
| 4         v. | |

DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated,

          Plaintiff,

       v.

BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG

          Defendants.

Case No. 3:07-CV-05168-MMC

ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

       v.

BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS LLC

          Defendants.

Case No. 3:07-CV-05327-JSW

DONALD SMITH, On Behalf of Himself and All Others Similarly Situated,

          Plaintiff,

       v.

BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, and FREDERICK A. BALL

          Defendants.

Case No. 3:07-CV-05361-SI

| | |
|---|---|
| 1 | WAYNE LUZON, On Behalf of Himself and All ) | Case No. 3:07-CV-05637-WHA |
| 2 | Others Similarly Situated, ) |
| | ) |
| 3 | Plaintiff, ) |
| | ) |
| 4 | v. ) |
| | ) |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN- ) |
| | EZKENAZI, RAN OZ, FREDERICK BALL, GAL ) |
| 6 | ISRAELY, DEAN GILBERT, KEN GOLDMAN, ) |
| | LLOYD CARNEY, BRUCE SACHS, ROBERT ) |
| 7 | SACHS, GEOFFREY YANG, MORGAN ) |
| | STANLEY & CO., INC., MERRILL LYNCH, ) |
| 8 | PIERCE, FENNER & SMITH, INC., JEFFERIES ) |
| | & CO., INC., COWEN AND CO., INC., and ) |
| 9 | THINKEQUITY PARTNERS LLC ) |
| | ) |
| 10 | Defendants. ) |

1 | WAYNE LUZON, On Behalf of Himself and All ) | Case No. 3:07-CV-05637-WHA

Others Similarly Situated,                    )

2

                                              )

                    Plaintiff,                )

3

                                              )

         v.                                   )

4

                                              )

BIGBAND NETWORKS, INC., AMIR BASSAN-)

5 EZKENAZI, RAN OZ, FREDERICK BALL, GAL)

ISRAELY, DEAN GILBERT, KEN GOLDMAN, )

6 LLOYD CARNEY, BRUCE SACHS, ROBERT )

SACHS, GEOFFREY YANG, MORGAN         )

7 STANLEY & CO., INC., MERRILL LYNCH,  )

PIERCE, FENNER & SMITH, INC., JEFFERIES )

8 & CO., INC., COWEN AND CO., INC., and )

THINKEQUITY PARTNERS LLC             )

9

                                              )

                    Defendants.               )

10 _____)

11 DEBRA L. BERNSTEIN, Individually and On ) | Case No. 07-05819 CRB

Behalf of All Others Similarly Situated,     )

12

                                              )

                    Plaintiff,                )

13

                                              )

         v.                                   )

14

                                              )

BIGBAND NETWORKS, INC., AMIR BASSAN-)

15 EZKENAZI, RAN OZ, FREDERICK A. BALL, )

GAL ISRAELY, DEAN GILBERT, KENNETH E.)

16 GOLDMAN, LLOYD CARNEY, BRUCE I.    )

SACHS, ROBERT J. SACHS, GEOFFREY Y. )

17 YANG, MORGAN STANLEY & CO.           )

INCORPORATED, JEFFERIES & COMPANY, )

18 INC., MERRILL LYNCH, PIERCE, FENNER & )

SMITH INCORPORATED, COWEN AND        )

19 COMPANY LLC, and THINKEQUITY        )

PARTNERS LLC,                         )

20

                                              )

                    Defendants.               )

21 _____)

22

23

24

25

26

27

28

Case No. 07-5825-MHP

| | |
|---|---|
| EUGENE L. HAMMER, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

1    The parties hereby stipulate, and the Court hereby orders, as follows:

2    **<u>CONSOLIDATION OF RELATED CASES</u>**

3    1.    The following actions are related cases:

4    • *Mohanty v. Bassan-Eskenazki et al.*, No. C 07-5101-SBA, filed 10/03/07;

5    • *Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07;

6    • *Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-JSW, filed 10/18/07;

7    • *Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;

8    • *Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;

9    • *Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07; and

10    • *Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-MHP, filed 11/16/07.

11    Pursuant to Federal Rules of Civil Procedure 42(a), these cases are hereby consolidated

12    into Civil Action No. 07-cv-5101-SBA, for all purposes, including pretrial proceedings, trial, and

13    appeal.  The consolidated action shall be captioned: "*In re BigBand Networks, Inc. Securities*

14    *Litigation*."

15    2.    Undersigned counsel for BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran

16    Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert

17    Sachs, Geoffrey Yang, and undersigned counsel for Morgan Stanley & Co., Inc., Merrill Lynch,

18    Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC,

19    and ThinkEquity Partners LLC (all collectively, "Defendants") are authorized to accept, and

20    hereby accept, service of all complaints and summonses in the above-captioned matters pursuant

21    to Federal Rule of Civil Procedure 4(d).

22    3.    All related actions that are subsequently filed in, or transferred to, this District

23    shall be consolidated into this action for pretrial purposes.  This Order shall apply to every such

24    related action, absent order of the Court.  A party that objects to such consolidation, or to any

25    other provision of this Order, must file an application for relief from this Order within thirty (30)

26    days after the date on which a copy of the order is served on the party's counsel.

27    4.    This Order is entered without prejudice to the rights of any party to apply for

28    severance of any claim or action, for good cause shown.

**MASTER DOCKET AND CAPTION**

5.    The docket in Civil Action No. 07-cv-5101-SBA shall constitute the Master

Docket for this action.

6.    Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | | |
|---|---|---|
| In re BIGBAND NETWORKS, INC.<br>SECURITIES LITIGATION | ) <br> ) <br> ) | Master File No. 07-cv-5101-SBA |
| ———————————————— | ) | |
| This Document Relates To: | ) <br> ) <br> ) | CLASS ACTION |
| ———————————————— | ) | |

7.    The file in Case No. 07-cv-5101-SBA shall constitute a Master File for every

action in the consolidated action.  When the document being filed pertains to all actions, the

phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To".

When a pleading applies only to some, but not all, of the actions, the document shall list,

immediately after the phrase "This Documents Relates To", the docket number for each

individual action to which the document applies, along with the last name of the first-listed

plaintiff in said action.

8.    The parties shall file a notice of related cases whenever a case that should be

consolidated into this action is filed in, or transferred to, this District.  If the Court determines

that the case is related, the clerk shall:

a.    place a copy of this Order in the separate file for such action;

b.    serve on plaintiff's counsel in the new case a copy of this Order;

c.    direct that this Order be served upon defendants in the new case; and

d.    make the appropriate entry in the Master Docket.

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

-2-

## LEAD PLAINTIFF'S COUNSEL

9.      After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3), Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations.  Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's Counsel shall be responsible for communications with the Court on behalf of Plaintiffs.  Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel, and service upon Lead Plaintiff's Counsel shall be deemed sufficient to effect service on all plaintiffs.

10.     Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel.  Such agreements shall be binding on all plaintiffs.

## PLEADINGS AND MOTIONS

11.     Following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel, the parties shall meet and confer and submit a mutually agreeable schedule for the filing of a consolidated complaint (or designation of an operative complaint), as well as for the briefing and hearing of responses thereto.  The consolidated or operative complaint shall supersede all complaints filed in any of the actions consolidated herein.

12.     Defendants are not required to respond to the complaint in any action consolidated into this action, other than the consolidated complaint filed by the Lead Plaintiff or a complaint designated as the operative complaint by the Lead Plaintiff.

13.     The above-captioned cases have been designated for this Court's Electronic Case Filing Program, and all pleadings and papers shall be electronically served in accordance with the Local Rules and General Orders of this Court regarding Electronic Case Filing.  To the extent that any papers are not electronically filed, the Defendants and the Lead Plaintiff shall serve all such papers on each other by hand, by overnight delivery, or facsimile, unless otherwise agreed upon.  Notwithstanding the foregoing, and paragraph 9 above, in the event

1  that Defendants elect to serve plaintiffs' counsel, other than Lead Plaintiff's Counsel, they may

2  do so by first class mail, unless otherwise agreed upon by the parties.

3      IT IS SO STIPULATED.

4  Dated: November 15, 2007                    HAGENS BERMAN SOBOL SHAPIRO LLP

5                                              By:    /s/ Reed Kathrein
6                                                   Reed R. Kathrein
                                                715 Hearst Avenue, Suite 2092
                                                Berkeley, CA  94710
7                                               Tel.: (510) 725-3000
                                                Fax: (510) 725-3001
8                                               Email: reed@hbsslaw.com

9                                               Steve Berman
                                                HAGENS BERMAN SOBOL SHAPIRO LLP
10                                              1301 Fifth Avenue, Suite 2900
                                                Seattle, WA  98101
11                                              Tel.: (206) 623-7292
                                                Fax: (206) 623-0594
12
                                                *Counsel for Plaintiff Bikash Mohan Mohanty*
13
                                                LEWIS KAHN
14                                              KAHN GAUTHER SWICK LLC
                                                650 Poydras Street – Suite 2150
15                                              New Orleans, LA  70130
                                                Tel.: (504) 455-1400
16                                              Fax: (504) 455-1498
                                                Email: Lewis.kahn@kgscounsel.com
17
                                                *Additional counsel for Plaintiff Bikash Mohan*
18                                              *Mohanty*

19  Dated: November 15, 2007                    WHITEHEAD & PORTER LLP

20                                              By:    /s/ Stephen L. Porter
                                                   Stephen L. Porter
21                                              220 Montgomery, Suite 1850
                                                San Francisco, CA  94104
22                                              Tel.: (415) 781-6070

23                                              *Local Counsel for Plaintiff Dennis Koesterer*

24                                              ROBERT C. FINKEL
                                                NATALIE MACKIEL
25                                              WOLF POPPER LLP
                                                845 Third Avenue
26                                              New York, NY  10022
                                                Tel.: (212) 759-4600
27                                              Fax: (212) 486-2093

28                                              *Counsel for Plaintiff Dennis Koesterer*

1    Dated:  November 16, 2007

2

3

4

5

6

7

8    Dated:  November 15, 2007

9

10

11

12

13

14

15

16

17

18

19    Dated:  November 14, 2007

20

21

22

23

24

25

26

27

28

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By: _____ /s/ Alan R. Plutzik _____
            Alan R. Plutzik
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Tel.: (925) 945-0770
Fax: (925) 945-8792

*Counsel for Plaintiff Abrena Winston*

SCOTT + SCOTT LLP

By: _____ /s/ Nicholas J. Licato _____
            Nicholas J. Licato
Arthur L. Shingler
600 B. Street, Suite 1500
San Diego, CA  92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: ashingler@scott-scott.com

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
Email: drscott@scott-scott.com

*Counsel for Plaintiff Donald Smith*

FINKELSTEIN THOMPSON LLP

By: _____ /s/ Mark Punzalan _____
            Mark Punzalan
C. P. Bartholomew
100 Bush Street, Suite 1450
San Francisco, CA  94104
Tel.: (415) 398-8700
Fax: (415) 398-8704
Email: cpbartholomew@finkelsteinthompson.com
Email: mpunzalan@finkelsteinsthompson.com

*Counsel for Plaintiff Wayne Luzon*

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

-5-

1    Dated: November 16, 2007

SAXENA WHITE P.A.

2

By:      /s/ Lester R. Hooker
         Lester R. Hooker

3

2424 N. Federal Highway
Suite 257

4

Boca Raton, FL 33431
Tel.: (561) 394-3399

5

Fax: (561) 394-3382
Email: lhooker@saxenawhite.com

6

7

*Counsel for Plaintiff Debra L. Bernstein*

8    Dated: November 20, 2007

KAPLAN FOX & KILSHEIMER LLP

9

By:      /s/ Laurence D. King
         Laurence D. King

10

350 Sansome Street, Suite 400
San Francisco, CA  94104

11

Tel.: (415) 772-4700
Fax: (415) 772-4707

12

Email: lking@kaplanfox.com

13

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
Karen H. Riebel

14

Elizabeth R. Odette
100 Washington Avenue, Suite 2200

15

Minneapolis, MN  55402
Tel.: (612) 339-6900

16

Fax: (612) 339-0981
Email: khriebel@locklaw.com

17

Email: erodette@locklaw.com

18

*Counsel for Plaintiff Eugene L. Hammer*

19   Dated:  November 14, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

20

By:      /s/ Keith Eggleton
         Keith Eggleton

21

Rodney Strickland
Joni Ostler

22

650 Page Mill Road
Palo Alto, CA  94304

23

Tel.: (650) 493-9300
Fax: (650) 493-6811

24

Email: keggleton@wsgr.com

25

Email: rstrickland@wsgr.com

26

*Counsel for Defendants BigBand Networks, Inc.,*
*Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*

27

*Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
*Carney, Bruce Sachs, Robert Sachs and Geoffrey*

28

*Yang*

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

-6-

Dated: November 15, 2007                ORRICK HERRINGTON & SUTCLIFFE LLP

                                        By: _____/s/ Michael C. Tu_____
                                              Michael C. Tu
                                        777 South Figueroa Street
                                        Suite 3200
                                        Los Angeles, CA  90017-5855
                                        Tel.: (213) 629-2020
                                        Fax: (213) 612-2499
                                        Email: mtu@orrick.com

                                        Robert P. Varian
                                        ORRICK HERRINGTON & SUTCLIFFE LLP
                                        405 Howard Street
                                        San Francisco, CA  94105-2669
                                        Tel.: (415) 773-5934
                                        Fax: (415) 773-5759
                                        Email: rvarian@orrick.com

                                        *Counsel for Defendants Morgan Stanley & Co.,
                                        Inc., Merrill Lynch, Pierce, Fenner & Smith
                                        Incorporated, Jefferies & Company, Inc., Cowen
                                        and Company, LLC and ThinkEquity Partners LLC*


## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.


                                        _____
                                        The Honorable Saundra B. Armstrong
                                        United States District Judge

ATTESTATION

I, Joni Ostler, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING.  In compliance with General Order 45.X.B, I hereby attest that the above-listed counsel, Reed Kathrein, Stephen L. Porter, Alan R. Plutzik, Nicholas J. Licato, Mark Punzalan, Lester R. Hooker, Laurence D. King, Keith Eggleton and Michael C. Tu, have all concurred in this filing.

Dated:  November 21, 2007                    WILSON SONSINI GOODRICH & ROSATI

By: /s/ Joni Ostler
      Joni Ostler
650 Page Mill Road
Palo Alto, CA  94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
Email: jostler@wsgr.com

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyrd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang*

STIP AND [PROPOSED] ORDER RE CONSOLIDATION & SCHEDULING CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819 CRB, 07-5825-MHP

-8-

1

## CERTIFICATE OF SERVICE

2

3          I, Rosemarie Dean, declare:

4          I am employed in Santa Clara County, State of California.  I am over the age of 18 years

5    and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati,

6    650 Page Mill Road, Palo Alto, California 94304-1050.

7          On this date, I served:

8    **STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND
     SCHEDULING**

9

10         ☒          By e-mail transmission on that date.  This document was transmitted via e-mail to
                       the following e-mail addresses as set forth below:

11                     Michael C. Tu
                       Orrick Herrington & Sutcliffe LLP
12                     777 South Figueroa Street, Suite 3200
                       Los Angeles, CA  90017-5855
13                     Telephone:  (213) 629-2020
                       Facsimile:  (213) 612-2499
14                     E-mail:  mtu@orrick.com

15

16         I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

17   processing of documents for delivery according to instructions indicated above.  In the ordinary

18   course of business, documents would be handled accordingly.

19

20         I declare under penalty of perjury under the laws of the State of California that the

     foregoing is true and correct.  Executed at Palo Alto, California on November 21, 2007.

21

22                                                    _____
                                                      Rosemarie Dean
23

24

25

26

27

28

Stip And [Proposed] Order
RE Consolidation & Scheduling
Case Nos. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP