1   REED R. KATHREIN (139304)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
3   Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
4   reed@hbsslaw.com

5   LEWIS S. KAHN
    KAHN GAUTHIER SWICK, LLC
6   650 Poydras Street, Suite 2150
    New Orleans, LA 70130
7   Telephone: (504) 455-1400
    Facsimile: (504) 455-1498
8   lewis.kahn@kgscounsel.com

9   Attorneys for Plaintiffs

10  [Additional counsel listed on signature page]

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                         OAKLAND DIVISION
14

| 15 | BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05101-SBA |
|---|---|---|
| 16 | ) | NOTICE OF FILING |
| | Plaintiff, ) | |
| 17 | vs. ) | |
| 18 | ) | |
| 19 | BIGBAND NETWORKS, INC., AMIR ) BASSAN-ESKENAZI, RAN OZ, FREDERICK ) BALL, GAL ISRAELY, DEAN GILBERT, ) | |
| 20 | KEN GOLDMAN, LLOYD CARNEY, BRUCE ) SACHS, ROBERT SACHS, GEOFFREY ) | |
| 21 | YANG, MORGAN STANLEY & CO., INC., ) MERRILL LYNCH, PIERCE, FENNER & ) | |
| 22 | SMITH, INC., JEFFERIES & CO., INC., ) COWEN AND CO., INC., AND ) | |
| 23 | THINKEQUITY PARTNERS, LLC ) ) | |
| 24 | Defendants. ) ) | |
| 25 | ) | |

26

27

28

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05168-MMC |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | v. ) | |
| 4 | ) | |
| | BIGBAND NETWORKS, INC., AMIR ) | |
| 5 | BASSAN-ESKENAZI, FREDERICK A. BALL, ) RAN OZ, LLOYD CARNEY, DEAN ) | |
| 6 | GILBERT, KEN GOLDMAN, GAL ISRAELY, ) BRUCH SACHS, ROBERT SACHS, and ) | |
| 7 | GEOFFREY YANG ) | |
| | ) | |
| 8 | Defendants. ) | |

DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated,

                Plaintiff,

       v.

BIGBAND NETWORKS, INC., AMIR
BASSAN-ESKENAZI, FREDERICK A. BALL,
RAN OZ, LLOYD CARNEY, DEAN
GILBERT, KEN GOLDMAN, GAL ISRAELY,
BRUCH SACHS, ROBERT SACHS, and
GEOFFREY YANG

                Defendants.

Case No. 3:07-CV-05168-MMC

ABRENA WINSTON, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,

       v.

BIGBAND NETWORKS, INC., AMIR
BASSAN-ESKENAZI, RAN OZ, FREDERICK
BALL, GAL ISRAELY, DEAN GILBERT,
KEN GOLDMAN, LLOYD CARNEY,
BRUCE SACHS, ROBERT SACHS,
GEOFFREY YANG, MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.,
MORGAN STANLEY & CO., INC., COWEN
AND CO., JEFFERIES & CO., and
THINKEQUITY PARTNERS, LLC

                Defendants.

Case No. 3:07-CV-05327-JSW

DONALD SMITH, On Behalf of Himself and
All Others Similarly Situated,

                Plaintiff,

       v.

BIGBAND NETWORKS, INC., AMIR
BASSAN-ESKENAZI, and FREDERICK A.
BALL

                Defendants.

Case No. 3:07-CV-05361-SI

| | |
|---|---|
| WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, | ) ) | Case No. 3:07-CV-05637-WHA |

1

WAYNE LUZON, On Behalf of Himself and All                    )    Case No. 3:07-CV-05637-WHA
Others Similarly Situated,                                   )

2                                                            )
                        Plaintiff,                           )
3                                                            )
              v.                                             )
4                                                            )
BIGBAND NETWORKS, INC., AMIR BASSAN- )
5    ESKENAZI, RAN OZ, FREDERICK BALL, GAL )
ISRAELY, DEAN GILBERT, KEN GOLDMAN,  )
6    LLOYD CARNEY, BRUCE SACHS, ROBERT       )
SACHS, GEOFFREY YANG, MORGAN            )
7    STANLEY & CO., INC., MERRILL LYNCH,      )
PIERCE, FENNER & SMITH, INC., JEFFERIES )
8    & CO., INC., COWEN AND CO., INC., and     )
THINKEQUITY PARTNERS, LLC               )
9                                                            )
                       Defendants.                           )
10  _____)
DEBRA L. BERNSTEIN, Individually and On      )    Case No. 3:07-CV-05825-MHP
11   Behalf of All Others Similarly Situated,         )
                                                             )
12                      Plaintiff,                           )
                                                             )
13             v.                                            )
                                                             )
14   BIGBAND NETWORKS, INC., AMIR              )
BASSAN-ESKENAZI, RAN OZ, FREDERICK   )
15   A. BALL, GAL ISRAELY, DEAN GILBERT,      )
KENNETH A. GOLDMAN, LLOYD CARNEY, )
16   BRUCE I. SACHS, ROBERT J. SACHS,          )
GEOFFREY Y. YANG, MORGAN STANLEY   )
17   & CO., INCORPORATED, JEFFERIES &        )
COMPANY, INC., MERRILL LYNCH, PIERCE )
18   FENNER & SMITH INCORPORATED,            )
COWEN AND COMPANY, LLC and               )
19   THINKEQUITY PARTNERS LLC,                )
                                                             )
20                      Defendants.                          )
                                                             )
21

22

23

24

25

26

27

28

1  EUGENE HAMMER, On Behalf of Himself and )    Case No. 3:07-CV-05825-MHP
   All Others Similarly Situated, )

2                                   )

3              Plaintiff, )

             v. )

4                                   )

5  BIGBAND NETWORKS, INC., AMIR )
   BASSAN-ESKENAZI, FREDERICK A. BALL, )
   RAN OZ, LLOYD CARNEY, DEAN GILBERT, )

6  KEN GOLDMAN, GAL ISRAELY, BRUCE )
   SACHS, ROBERT SACHS, and GEOFFREY )

7  YANG )
                                  )

8            Defendants. )

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2        Please take notice that on December 3, 2007, plaintiff movant Gwyn Jones filed the

3    following documents in *Mohanty v. Bassan-Eskenazi, et al.*, Case No. 3:07-CV-05101-SBA,

4    currently pending before Judge Saundra B. Armstrong:

5    1)    Notice of Motion and Motion to Consolidate, to Appoint Gwyn Jones Lead Plaintiff and to
          Approve Proposed Lead Plaintiff's Selection of Counsel; Memorandum of Points and
6          Authorities in Support Thereof

7    2)    Declaration of Reed R. Kathrein in Support of the Motion  to Consolidate, to Appoint
          Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel
8
9    3)    [Proposed] Order Granting the Motion to Consolidate, to Appoint Gwyn Jones Lead
          Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel

10   Dated: December 3, 2007                    HAGENS BERMAN SOBOL SHAPIRO, LLP

11

12                                             By:    /s/ Reed R. Kathrein
                                                      REED R. KATHREIN
13
                                               715 Hearst Avenue, Suite 202
14                                             Berkeley, CA 94710
                                               Telephone: (510) 725-3000
15                                             Facsimile: (510) 725-3001
                                               reed@hbsslaw.com
16
17                                             Steve Berman
                                               HAGENS BERMAN SOBOL SHAPIRO, LLP
18                                             1301 Fifth Avenue, Suite 2900
                                               Seattle, WA 98101
19                                             Telephone: (206) 623-7292
                                               Facsimile: (206) 623-0594
20                                             steve@hbsslaw.com
21
                                               Lewis S. Kahn
22                                             KAHN GAUTHIER SWICK, LLC
                                               650 Poydras Street, Suite 2150
23                                             New Orleans, LA  70130
                                               Telephone: (504) 455-1400
24                                             Facsimile: (504) 455-1498
                                               lewis.kahn@kgscounsel.com
25

26

27

28

NOTICE OF FILING – NO. 07-CV-05101-SBA        - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41th Street – 12 Floor
New York, NY  10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@kgscounsel.com

Attorneys for Plaintiff

1

**DECLARATION OF SERVICE**

2          I hereby certify that on December 3, 2007, I electronically filed the foregoing with the

3    Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4    mail addresses registered, as denoted on the attached **Electronic Mail Notice List**, and I hereby

5    certify that I have mailed the foregoing document or paper via the United States Postal Service to

6    the non-CM/ECF participants indicated on the attached **Manual Notice List**.

7          I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.  Executed this 3rd day of December 2007, at Berkeley, California.

9

10

                                    /s/ Reed R. Kathrein
11                                  REED R. KATHREIN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05361-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Nicholas J Licato**
Scott + Scott LLP
600 B Street, Suite 1500
San Diego, CA 92101

# Mailing Information for a Case 3:07-cv-05637-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 4:07-cv-05327-SBA     Document 7     Filed 12/03/2007     Page 11 of 14

# Mailing Information for a Case 3:07-cv-05168-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Stephen Lyle Porter**
  slp@wpglaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert C. Finkel
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Natalie Mackiel
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
```

# Mailing Information for a Case 3:07-cv-05825-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Laurence D. King**
  lking@kaplanfox.com,abailey@kaplanfox.com,agutierrez@kaplanfox.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,smgrossheim@locklaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Karen Hanson Riebel**
Lockridge Grindal Nauen, P.L.L.P
100 Washington Avenue
Suite 2200
Minneapolis, MN 55402

# Mailing Information for a Case 3:07-cv-05819-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05327-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)