```
 1  KEITH E. EGGLETON, State Bar No.159842
    RODNEY G. STRICKLAND, JR., State Bar No. 161934
 2  JONI OSTLER, State Bar No. 230009
    WILSON SONSINI GOODRICH & ROSATI
 3  Professional Corporation
    650 Page Mill Road
 4  Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
 5  Facsimile:  (650) 565-5100
    Email: keggleton@wsgr.com
 6  Email: rstrickland@wsgr.com
    Email: jostler@wsgr.com
 7
    Attorneys for Defendants
 8  BIGBAND NETWORKS, INC., AMIR
    BASSAN-ESKENAZI, FREDERICK A. BALL,
 9  RAN OZ, LLOYD CARNEY, DEAN
    GILBERT, KENNETH A. GOLDMAN, GAL
10  ISRAELY, BRUCE I. SACHS, ROBERT J.
    SACHS and GEOFFREY Y. YANG
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS LLC<br><br>Defendants. | Case No. 4:07-CV-05101-SBA<br><br>NOTICE OF FILING |

NOTICE OF FILING – Nos. 07-CV-05101-SBA, 07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-05361-SI, 07-CV-05637-WHA, 07-CV-05819-CRB, 07-CV-05825-SI, 08-CV-22-CRB

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-CV-05168-MMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-CV-05327-JSW |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS LLC | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-CV-05361-SI |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL | |
| 24 | | |
| 25 | Defendants. | |

NOTICE OF FILING – Nos. 07-CV-05101-SBA, 07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-05361-SI, 07-CV-05637-WHA, 07-CV-05819-CRB, 07-CV-05825-SI, 08-CV-22-CRB

| | | |
|---|---|---|
| 1 | WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05637-WHA |
| 2 | ) | |
| 3 | Plaintiff, ) | |
| 4 | v. ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS LLC ) | |
| 9 | Defendants. ) | |
| 10 | | |
| 11 | DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, ) | Case No. 3:07-CV-05819-CRB |
| 12 | Plaintiff, ) | |
| 13 | v. ) | |
| 14 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH E. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, COWEN AND COMPANY LLC, and THINKEQUITY PARTNERS LLC, ) | |
| 20 | Defendants. ) | |

NOTICE OF FILING – Nos. 07-CV-05101-SBA, 07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-05361-SI, 07-CV-05637-WHA, 07-CV-05819-CRB, 07-CV-05825-SI, 08-CV-22-CRB

| | | |
|---|---|---|
| 1 | EUGENE L. HAMMER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-5825-SI |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-) ESKENAZI, RAN OZ, FREDERICK A. BALL, ) RAN OZ, LLOYD CARNEY, DEAN GILBERT, ) | |
| 6 | KEN GOLDMAN, GAL ISRAELY, BRUCE I. ) SACHS, ROBERT J. SACHS and GEOFFREY Y. ) | |
| 7 | YANG, ) ) | |
| 8 | Defendants. ) ) | |
| 9 | JAMES WILTJER, On Behalf of Himself and All ) Others Similarly Situated, ) | Case No. 3:08-CV-22-CRB |
| 10 | ) | |
| 11 | Plaintiff, ) ) | |
| 12 | v. ) ) | |
| 13 | BIGBAND NETWORKS, INC., AMIR ) BASSAN-ESKENAZI, FREDERICK A. BALL, ) RAN OZ, LLOYD CARNEY, DEAN GILBERT, ) | |
| 14 | KENNETH A. GOLDMAN, GAL ISRAELY, ) BRUCE I. SACHS, ROBERT J. SACHS, ) | |
| 15 | GEOFFREY Y. YANG, MORGAN STANLEY ) & CO. INCORPORATED, MERRILL LYNCH, ) | |
| 16 | PIERCE, FENNER & SMITH ) INCORPORATED, JEFFERIES & COMPANY, ) | |
| 17 | INC., COWEN AND COMPANY, LLC, ) THINKEQUITY PARTNERS LLC and DOES 1- ) | |
| 18 | 25, inclusive, ) ) | |
| 19 | Defendants. ) ) | |

NOTICE OF FILING – Nos. 07-CV-05101-SBA, 07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-05361-SI, 07-CV-05637-WHA, 07-CV-05819-CRB, 07-CV-05825-SI, 08-CV-22-CRB

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Please take notice that on January 15, 2008, defendants BigBand Networks, Inc. Amir Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Ken Goldman, Gal Israely, Bruce Sachs, Robert Sachs, and Geoffrey Yang filed the following document in *Mohanty v. Bassan-Eskenazi, et al.*, Case No. 4:07-CV-05101-SBA, currently pending before Judge Saundra B. Armstrong:

BIGBAND DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL.

Dated: January 15, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: ___/s/ Joni Ostler___
      Joni Ostler
Keith Eggleton
Rodney G. Strickland, Jr.
650 Page Mill Road
Palo Alto, CA  94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
Email: keggleton@wsgr.com
Email: rstrickland@wsgr.com
Email: jostler@wsgr.com

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang*

NOTICE OF FILING – Nos. 07-CV-05101-SBA, 07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-05361-SI, 07-CV-05637-WHA, 07-CV-05819-CRB, 07-CV-05825-SI, 08-CV-22-CRB

1

**DECLARATION OF SERVICE**

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses registered as denoted on the attached **Electronic Mail Notice Lists**. The individuals listed on the attached **Manual Notice Lists** will receive notice via the electronic notice to members of their law firms: Karen Hanson Riebel of Lockridge Grindal Nauen, P.L.L.P. will receive notice via notice to Elizabeth R. Odette at the same firm, and Teodora Emilova Manolova at Orrick Herrington & Sutcliffe LLP will received notice via notice to Michael C. Tu at the same firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of January, 2008, at Palo Alto, California.

_____
Peggy L. Baird

NOTICE OF FILING – Nos. 07-CV-05101-SBA, 07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-05361-SI, 07-CV-05637-WHA, 07-CV-05819-CRB, 07-CV-05825-SI, 08-CV-22-CRB

2

# Mailing Information for a Case 3:07-cv-05168-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert C. Finkel**
  RFinkel@wolfpopper.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Natalie Marie Mackiel**
  nmackiel@wolfpopper.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Stephen Lyle Porter**
  slp@wpglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05327-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05361-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicholas J Licato , Jr**
  nlicato@scott-scott.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:07-cv-05637-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05819-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05825-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Laurence D. King**
  lking@kaplanfox.com,ldannunzio@kaplanfox.com,abailey@kaplanfox.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,smgrossheim@locklaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Karen Hanson Riebel
Lockridge Grindal Nauen, P.L.L.P
100 Washington Avenue
Suite 2200
Minneapolis, MN 55402
```

# Mailing Information for a Case 3:08-cv-00022-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Teodora Emilova Manolova
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
```