1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, JR. State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  E-mail: keggleton@wsgr.com
   E-mail: rstrickland@wsgr.com
7  E-mail: jostler@wsgr.com
   E-mail: flugo@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS LLC<br><br>Defendants. | Case No. 3:07-CV-05327-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: January 25, 2008<br>Time: 1:30 p.m.<br>Before: Hon. Jeffrey S. White |

1    WHEREAS, this case is a purported class action governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

WHEREAS, seven other substantially similar class actions are also pending in the Northern District of California:

*Mohanty v. Bassan-Eskenazi et al.*, No. C 07-5101-SBA, filed 10/3/07 (the "*Mohanty* Action");

*Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07;

*Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;

*Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;

*Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07;

*Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-SI, filed 11/16/07; and

*Wiltjer v. BigBand Networks, Inc., et al.*, No. C 08-22-CRB, removed on 1/2/08.

WHEREAS, on December 3, 2007, two motions to consolidate all these similar actions and for appointment as Lead Plaintiff pursuant to Section 21(D) of the PSLRA were filed in the first-filed *Mohanty* Action (*Mohanty* Action Docket Nos. 12, 15), and are scheduled to be heard on February 5, 2008 before the Honorable Saundra B. Armstrong;

WHEREAS, because no lead plaintiff has been appointed who can speak for the plaintiff class, and because this case will, in all likelihood, be consolidated with the other above-listed cases and transferred to Judge Saundra B. Armstrong, the parties agree that the Case Management Conference currently scheduled for January 25, 2008 at 1:30 p.m. would be premature at this time;

IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC, and ThinkEquity Partners LLC and plaintiff Abrena Winston, that the Case Management Conference currently scheduled for January 25, 2008 at 1:30 p.m. should be taken off calendar and rescheduled at another time convenient for the Court after a lead plaintiff has been appointed

1  who can speak for the plaintiff class, in the event that this case is not transferred to Judge

2  Saundra B. Armstrong.

3  Dated: January 16, 2008            WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

4
                                      By:         /s/ Joni Ostler
5                                                 Joni Ostler

6                                     *Counsel for Defendants BigBand Networks, Inc.,
                                      Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
7                                     *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
                                      *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
8                                     *Yang*

9  Dated:  January 16, 2008           SCHIFFRIN BARROWAY TOPAZ & KESSLER,
                                      LLP
10
                                      By:         /s/ Alan R. Plutzik
11                                                Alan R. Plutzik
                                      L. Timothy Fisher
12                                    2125 Oak Grove Road, Suite 120
                                      Walnut Creek, CA  94598
13                                    Tel.: (925) 945-0770
                                      Fax: (925) 945-8792
14
                                      *Counsel for Plaintiff Abrena Winston*
15

16 Dated:  January 17, 2008           ORRICK HERRINGTON & SUTCLIFFE LLP

17                                    By:      /s/ Michael C. Tu
                                               Michael C. Tu
18                                    777 South Figueroa Street
                                      Suite 3200
19                                    Los Angeles, CA  90017-5855
                                      Tel.: (213) 629-2020
20                                    Fax: (213) 612-2499
                                      Email: mtu@orrick.com
21
                                      Robert P. Varian
22                                    ORRICK HERRINGTON & SUTCLIFFE LLP
                                      405 Howard Street
23                                    San Francisco, CA  94105-2669
                                      Tel.: (415) 773-5934
24                                    Fax: (415) 773-5759
                                      Email: rvarian@orrick.com
25

26                                    *Counsel for Defendants Morgan Stanley & Co.,
                                      Inc., Merrill Lynch, Pierce, Fenner & Smith*
27                                    *Incorporated, Jefferies & Company, Inc., Cowen*
                                      *and Company, LLC and ThinkEquity Partners LLC*
28

1                                               <u>ORDER</u>

2       Pursuant to Stipulation, it is hereby ordered that the Case Management Conference

3 currently scheduled for January 25, 2008 at 1:30 p.m. should be taken off calendar and

4 rescheduled at _____.

5

6 Dated: _____                                   _____

7                                                                                       The Honorable Jeffrey S. White
United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Alan R. Plutzik and Michael C. Tu have concurred in this filing.

Dated: January 17, 2008                      WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By:   /s/ Joni Ostler
                                                       Joni Ostler