IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABRENA WINSTON,

    Plaintiff,

    v.

BIGBAND NETWORKS, INC., et al.,

    Defendants.

No. C 07-05327 JSW

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: January 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE